IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CHESTER L. THOMAS, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-165 |
| v. | |
| DR. STEVE NICHOLOU; and WARDEN STANLEY WILLIAMS, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims for monetary relief against Defendants in their official capacities and **DISMISSES** Plaintiff's claims for monetary damages against Defendant Stanley Williams. Plaintiff's remaining claims against Defendants for deliberate indifference to his serious medical needs shall proceed.

**SO ORDERED**, this 8th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA